JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATRICE MURRAY, | Case No. CV 13-4102 JFW (MRW) |
|     Petitioner, | |
| vs. | JUDGMENT |
| T. MILLER, Warden, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 23, 2014

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE